UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVIER FLORES-ALDAPE,

    Plaintiff,                                     Case No. 15-cv-13286
                                                        Hon. Matthew F. Leitman
v.

FATIN SHAWKI KAMASH,

    Defendant.
_____/

## ORDER GRANTING IN PART PLAINTIFF'S *EX PARTE* MOTION TO RESET HEARING ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER (ECF #9)

This matter having come before the Court on Plaintiff's *Ex Parte* Motion (ECF #9) requesting that the Court reset the hearing on Plaintiff's pending Motion for a Temporary Restraining Order (ECF #2), **IT IS HEREBY ORDERED** that:

1. Plaintiff's request that the Court reset the hearing on his Motion for a Temporary Restraining Order (ECF #2) is **GRANTED IN PART** as set forth below. The hearing on Plaintiff's Motion for a Temporary Restraining Order (ECF #2) is hereby re-scheduled for **Friday, October 2, 2015, at 9:30 a.m.**

2. By no later than **5:00 p.m.** on **Tuesday, September 29, 2015**, Plaintiff shall electronically file with the Court a sworn proof of service indicating that the Verified Petition (ECF #1) and a copy of all orders entered by the Court in this action have been personally served on Defendant.

1

3. If Plaintiff is unable to personally serve Defendant or does not electronically file the sworn proof of service by 5:00 p.m. on Tuesday, September 29, 2015, the hearing on Plaintiff's Motion for a Temporary Restraining Order will be adjourned, and Plaintiff will be given the opportunity to file a properly-supported motion requesting that the Court permit alternative service of the Verified Petition.

4. At the hearing before the Court on Plaintiff's Motion for a Temporary Restraining Order, in addition to making all other showings required to support the relief Plaintiff is seeking, Plaintiff shall present competent evidence that the minor child was located in this judicial district at the time the Verified Petition was filed.

**IT IS SO ORDERED**.

              s/Matthew F. Leitman
              MATTHEW F. LEITMAN
              UNITED STATES DISTRICT JUDGE

Dated: September 23, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2015, by electronic means and/or ordinary mail.

              s/Holly A. Monda
              Case Manager
              (313) 234-5113